| | | |
|---|---|---|
| People v Constantopoules | 3d Dept: 141 AD3d 942 (Schenectady) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Constantopoulos | 3d Dept: 141 AD3d 942 (Schenectady) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Cross | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 133(A) (Nassau) | denied 10/12/16 (Rivera, J.) |
| People v Cruz (Michael) | 2d Dept: 141 AD3d 601 (Kings) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Cruz (Ruben) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 81 (Kings) | denied 10/11/16 (Garcia, J.) |
| People v Custodio | 2d Dept: 141 AD3d 730 (Queens) | denied 10/11/16 (Garcia, J.) |
| People v Davis | 2d Dept: 141 AD3d 542 (Nassau) | denied 10/12/16 (Rivera, J.) |
| People v Degroat | 2d Dept: 140 AD3d 1185 (Orange) | denied 10/17/16 (Garcia, J.) |
| People v Dixon | 2d Dept: 138 AD3d 1016 (Queens) | denied reconsideration 10/4/16 (Pigott, J.) |
| People v Douglas | App Div, 1st Dept: 2016 NY Slip Op 75724(U) (Bronx) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Drennan | App Div, 4th Dept, 8/11/16 (Wayne) | dismissed 10/11/16 (Stein, J.) |
| People v Edwin L. | 2d Dept: 142 AD3d 718 (Queens) | denied 10/31/16 (Stein, J.) |
| People v Ennis | 4th Dept: 141 AD3d 1124 (Jefferson) | denied 10/12/16 (Rivera, J.) |
| People v Faircloth | App Div, 4th Dept: 2016 NY Slip Op 81322(U) (Cattaraugus) | dismissed 10/24/16 (Stein, J.) |
| People v Farmer | 4th Dept: 136 AD3d 1410 (Onondaga) | denied 10/11/16 (Garcia, J.) |
| People v Feliciano | 4th Dept: 140 AD3d 1776 (Monroe) | denied 10/4/16 (Pigott, J.) |
| People v Fleming | 1st Dept: 141 AD3d 408 (Bronx) | denied 10/11/16 (Garcia, J.) |
| People v Forty | 3d Dept: 141 AD3d 942 (Schenectady) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Friedman | App Div, 2d Dept: 2016 NY Slip Op 75588(U) (Queens) | dismissed 10/12/16 (Garcia, J.) |
| People v Gentile | App Div, 2d Dept: 2016 NY Slip Op 77877(U) (Queens) | dismissed 10/11/16 (Fahey, J.) |
| People v Gerathy | 2d Dept: 140 AD3d 1088 (Dutchess) | denied 10/4/16 (Pigott, J.) |